# UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

12-1077

USA v. Saker Shalhout

3-10-cr-00053-003

# O R D E R

It is hereby ORDERED that the above-captioned appeal is stayed pending entry of a Judgment and Commitment order by the District Court. See United States v. Hashagen, 816 F.2d 899 (3d Cir. 1987). Appellant is directed to inform the Clerk in writing as to the date the District Court enters the Judgment and Commitment order. Any objection to this order shall be filed with the Clerk of this Court within ten (10) days from the date of this order.

Pursuant to Fed. R. App. P, a notice of appeal filed after the announcement of a decision, sentence or order -- but before the entry of the judgment or order -- is treated as filed on the date of the order and after its entry. Accordingly, it is not necessary to file a subsequent notice of appeal after the judgment and commitment order is entered.

For the Court,

*Marcia M. Waldron*
Marcia M. Waldron, Clerk

Dated: January 12, 2012